# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SPENCER JONES, | ) | NO. CV 12-4101 DSF (FMO) |
| Plaintiff, | ) | |
| v. | ) | **ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |
| COUNTY OF LOS ANGELES, et al., | ) | |
| Defendants. | ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, all of the records herein, and the Report and Recommendation of the United States Magistrate Judge. No Objections have been filed to the Report and Recommendation. The Court approves and accepts the Magistrate Judge's Report and Recommendation. Accordingly, IT IS ORDERED THAT:

1. Judgment shall be entered dismissing the action without prejudice.

2. The Clerk shall serve copies of this Order and the Judgment on all parties.

DATED: October 15, 2012.

_____
DALE S. FISCHER
UNITED STATES DISTRICT JUDGE