# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPENCER JONES,<br><br>  Plaintiff,<br><br>  v.<br><br>COUNTY OF LOS ANGELES, et al.,<br><br>  Defendants. | NO. CV 12-4101 DSF (FMO)<br><br>**JUDGMENT** |

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: October 15, 2012.

*Dale S. Fischer*

DALE S. FISCHER
UNITED STATES DISTRICT JUDGE