# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPENCER JONES, | NO. CV 12-4101 DSF (FMO) |
|     Plaintiff, | |
| v. | **JUDGMENT** |
| COUNTY OF LOS ANGELES, et al., | |
|     Defendants. | |

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: October 15, 2012.

_____
DALE S. FISCHER
UNITED STATES DISTRICT JUDGE